UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR PORTUGAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. 5:25-cv-00166-KK-DTB**<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>District Judge: Hon. Kenly Kiya Kato<br>Ctrm.: 3<br><br>Magistrate Judge: Hon. David T. Bristow<br>Ctrm.: 4 |

- 1 -

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

# ORDER

Pursuant to the Stipulation of the parties under the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), and good cause appearing therefore, the stipulation is approved. The Court hereby retains jurisdiction to enforce and require compliance with the terms of the settlement agreement entered into by the parties. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  January 13, 2026

By: _____
Hon. Kenly Kiya Kato
United States District Judge

**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**